DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY K. BRAZ, KEVIN CASEY, JEFFREY CASEY** and
**TIMOTHY JOHN CASEY** a/k/a **TIMOTHY J. CASEY,** Deceased,
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN MORTGAGE TRUST 2007-S3, WELLS FARGO BANK
NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO
WACHOVIA BANK NATIONAL ASSOCIATION, JPMORGAN CHASE
BANK NATIONAL ASSOCIATION ASSIGNEE OF CHEMICAL BANK,
UNKNOWN TENANT #1** and **UNKNOWN TENANT #2,**
Appellees.

No. 4D17-2753

[November 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 502012CA017687.

Samuel Aaron Korab and Kendrick Almaguer of The Ticktin Law Group, PLLC, Deerfield Beach, for appellants.

Nicholas S. Agnello and Courtney Oakes of Burr & Forman, LLP, Fort Lauderdale, for Appellee U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S3.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***